C. E. JOHNSTON, TRUSTEE, *Plaintiff in Error*, v. KATHERINE S. SMITH AND HUSBAND, GEORGE F. SMITH, *Defendants in Error*.

Opinion Filed November 19, 1918.

Writ of Error to Circuit Court for Volusia County; Murray Sams, Referee.

*Hilburn* & *Merryday*, for Plaintiff in Error;
*Landis, Fish* & *Hull*, for Defendants in Error.

WHITFIELD, J.—An action at law with ancillary attachment brought against Johnston, Trustee, resulted in a judgment for the plaintiffs, and the trustee took writ of error. Where it is sought to subject trust property to the payment of debts chargeable against it, the pro-

ceeding should be in equity and not by action at law and attachment.

Reversed.

BROWNE, C. J., AND TAYLOR, ELLIS AND WEST, J. J., concur.